**Order entered October 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01354-CV

### IN RE BENICA BROWN, ET AL., Relators

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02375-M**

## ORDER

The Court has before it relators' emergency motion for temporary relief. The Court

**GRANTS** the motion and **STAYS** all proceedings in the trial court. This stay shall remain in

effect until further order of this Court. The Court also has before it relators' petition for writ of

mandamus. The Court requests that real party in interest and respondent file any responses to the

petition by October 17, 2013.

/s/  JIM MOSELEY
    JUSTICE